UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-00788-WDM

LOIS HANKS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff in the amount of $6,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After review of the result in this case, I now approve that award.

Accordingly, it is ordered:

1. The stipulated motion for an award of attorney fees, filed December 2, 2008, is granted.

2. Plaintiff is awarded attorneys' fees and expenses in the total amount of $6,000.00.

DATED at Denver, Colorado, on December 3, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge

PDF FINAL